# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| ROMARIO MURRAY,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN JEFFRY FIKES,<br><br>    Respondent. | CV 223-020 |

### ORDER

Before the Court is Petitioner Romario Murray's notice of voluntary dismissal, no. 9, wherein he notifies the Court that he wishes to dismiss this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear his own fees and costs. Respondent's motion to dismiss, dkt. no. 7, is **DENIED as moot**. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this _10_ day of April, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA